CEM

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

C-08-3704-SZ

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 19 2008

FILED
CLERK'S OFFICE.

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED: SEPTEMBER 5, 2008
08CV5223
JUDGE ASPEN

IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION

MDL No. 986

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-105)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP - 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ DOROTHY M. KELLER-FLOWERS
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
DATE: SEPTEMBER 19, 2008

**IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION** MDL No. 986

## SCHEDULE CTO-105 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3 08-3703    Y. Chang, et al. v. Bayer Corp., et al. - 08cv5222
  CAN 3 08-3704    D-G Peng, et al. v. Bayer Corp., et al. - 08cv5223

MASSACHUSETTS
  MA 1 08-11241    Alex Arruda v. Bayer Corp., et al. - 08cv5224

CEM

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 19 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FILED: SEPTEMBER 5, 2008
08CV5222
JUDGE ASPEN

IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION

MDL No. 986

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-105)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ DOROTHY M. KOLLER-FLOWERS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: SEPTEMBER 18, 2008

# IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS" PRODUCTS LIABILITY LITIGATION

MDL No. 986

## SCHEDULE CTO-105 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3 08-3703    Y. Chang, et al. v. Bayer Corp., et al. - 08cv5222
  CAN 3 08-3704    D-G Peng, et al. v. Bayer Corp., et al. - 08cv5223

MASSACHUSETTS
  MA 1 08-11241    Alex Arruda v. Bayer Corp., et al. - 08cv5224